UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH M. PAUL,               :<br>           Plaintiff,           : <br>                                            : <br> v.                                       :       C.A. No. 19-649WES <br>                                            : <br> MEL WHITE,                         : <br>           Defendant.         : | |

**CONDITIONAL ORDER OF LIMITED APPOINTMENT
OF *PRO BONO* COUNSEL**

The Court having determined that Plaintiff is financially unable to retain counsel and having referred the case to me for appointment of *pro bono* counsel, I find that counsel should be appointed from the Court's Civil *Pro Bono* Panel to represent Plaintiff in this matter on a limited basis. Attorney Daniel J. Procaccini is hereby conditionally appointed to represent Joseph M. Paul *pro bono* in the above-captioned case with the appointed limited as follows:

1. Counsel shall investigate the factual and legal basis for Plaintiff's claims and, if necessary, file any amended pleadings or respond to dispositive motions.

2. To the extent additional facts and information are necessary, counsel shall conduct fact discovery concerning Plaintiff's claims, with expenses for disbursements limited to the cap established by the District of Rhode Island's *Pro Bono* Plan. Any additional expenses would be incurred at the discretion of *pro bono* counsel.

3. Counsel shall engage in settlement discussions and/or mediation of Plaintiff's claims with Defendant and their counsel.

4. Counsel may expand the scope of the engagement in his discretion by agreement with Plaintiff.

Attorney Procaccini shall review the case, communicate with the client about the case, and otherwise ensure that there is no professional impediment that prevents acceptance of this case, as limited above, within fourteen days of the date of this order. Failure to file a declination of appointment within fourteen days of the date of this order will make the appointment final. So ordered.

ENTER:

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
March 2, 2022